**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03640-STV

KEVIN ALEXANDER MEZA ESCOTO,

Petitioner,

v.

WARDEN, DENVER CONTRACT DETENTION FACILITY; *et al*,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 13] entered by United States Chief Magistrate Judge Scott T. Varholak on September 2, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is GRANTED. It is further

ORDERED that Respondents shall release Petitioner for DHS custody within 48 HOURS of the date of this Court's Order. It is further

ORDERED that Respondents shall file a status report within TEN DAYS of the date of this Court's order to certify compliance.

DATED at Denver, Colorado, this 2nd day of September 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Chaplin, Deputy Clerk